DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**QUENTIN WALTER** and **ESTATE OF WELDON J. STOUT,**
Appellants,

v.

**FRANK J. AVELLINO** and **NANCY CARROLL AVELLINO,**
Appellees.

No. 4D17-3639

[July 26, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Janet Croom, Judge; L.T. Case No. 562017CA001350AXXXAC.

Quentin Walter, Sebastian, pro se.

Gary A. Woodfield of Haile, Shaw & Pfaffenberger, P.A., North Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN, JJ., and HARPER, BRADLEY, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***